IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERIK S. MIZE; MARQUIS
B. WEST, et al.,

    Plaintiffs,

v.

SAM OLENS, et al.,

    Defendants.

CIVIL ACTION NO.: CV613-107

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation. Plaintiff Erik S. Mize filed a response to the Report and Recommendation stating his desire to dismiss his claims without prejudice. Plaintiff Marquis B. West filed objections. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiffs' complaint is **DISMISSED**, without prejudice. If Plaintiff Marquis B. West wishes to proceed with his claims he must submit a complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this _16_ day of _March_, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)